IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND BOSARGE, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.<br><br>    Defendants. | Case No. 2:22-CV-00407 |

**NON-FEDERAL DEFENDANTS' JOINT UNOPPOSED MOTION TO SET PLEADING RESPONSE SCHEDULE**

Defendants Alabama Department of Corrections ("ADOC"); Alabama Corrections Institution Finance Authority ("ACIFA"); Kay E. Ivey, in her capacity as ACIFA Member and President and Governor; John Q. Hamm, in his capacity as ACIFA Member and Vice-President and ADOC Commissioner; Bill Poole, in his capacity as ACIFA Member and Secretary and State Director of Finance; Steve Clouse, in his capacity as ACIFA Member and Chair of the Alabama House Ways and Means General Fund Committee; Greg Albritton, in his capacity as ACIFA Member and Chair of the Alabama Senate Finance and Taxation General Fund Committee; Bobby Singleton, in his capacity as ACIFA Member and Alabama Joint Appointee House Minority Leader and Senate Minority Leader; Cam Ward, in his capacity as ACIFA Member and Director of the Alabama Bureau of Pardons and

06509297.1

Paroles; Young Boozer, in his capacity as ACIFA Treasurer and Treasurer of the State of Alabama; and Caddell Construction Company (DE), LLC (collectively, the "Non-Federal Defendants")[1], respectfully request that this Court enter an order setting one deadline for all Defendants to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief (Doc. 1, "Complaint"). In support of this unopposed motion, Non-Federal Defendants state as follows:

1. Plaintiffs have not served process upon Non-Federal Defendants. Upon receipt of service, Non-Federal Defendants will have 21 days to respond to the Complaint by pleading or motion. FED. R. CIV. P. 12(a)(1)(A)(i), (4).

2. Upon information and belief, Plaintiffs have not served process upon Defendants United States Department of the Treasury or Janet L. Yellen, in her capacity as Secretary of the United States Department of the Treasury (collectively, the "Federal Defendants"). Upon receipt of service, Federal Defendants have 60 days to respond to the Complaint by pleading or motion. FED. R. CIV. P. 12(a)(2), (4).

3. In the interest of streamlining these proceedings, Non-Federal Defendants request that their deadline for responding to the Complaint coincide with Federal Defendants' deadline for responding.

---

[1] The only other non Federal defendant named in the complaint is W.S. Newell & Sons, Inc. ("Newell"). The undersigned counsel does not yet know who will be representing Newell in this action.

4.     Counsel for Non-Federal Defendants have conferred with counsel for Plaintiffs, and Plaintiffs' counsel does not oppose this request. Non-Federal Defendants have agreed to waive service if this Court grants this motion.

For the foregoing reasons, Non-Federal Defendants request that the Court enter an order setting the deadline for all of their responses to the Complaint as 60 days from the date Plaintiffs effect service on the Federal Defendants.

Respectfully submitted this the _____ day of August 2022.

| | |
|---|---|
| */s/ Christopher J. Williams*<br>Christopher J. Williams<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>Suite 1700<br>Birmingham, AL 35203<br>cwilliams@maynardcooper.com<br><br>Counsel for Defendants:<br><br>Alabama Department of Corrections; Alabama Corrections Institution Finance Authority; Kay E. Ivey, in her capacity as ACIFA Member and President and Governor; John Q. Hamm, in his capacity as ACIFA Member and Vice-President and ADOC Commissioner; Bill Poole, in his capacity as ACIFA Member and Secretary and State Director of Finance; Steve Clouse, in his capacity as ACIFA Member and Chair of the Alabama House Ways and Means General Fund Committee; Greg Albritton, in his capacity as ACIFA Member and Chair of the Alabama Senate Finance and Taxation General Fund Committee; Bobby Singleton, in his capacity as ACIFA Member and Alabama Joint Appointee House Minority Leader and Senate Minority Leader; Cam Ward, in his capacity as ACIFA Member and Director of the Alabama Bureau of Pardons and Paroles; Young Boozer, in his capacity as ACIFA Treasurer and Treasurer of the State of Alabama | */s/ George R. Parker*<br>George R. Parker<br>Bradley Arant Boult Cummings<br>RSA Dexter Avenue Building<br>445 Dexter Avenue<br>Suite 9075<br>Montgomery, AL  36104<br>gparker@bradley.com<br><br>Counsel for Defendant:<br>Caddell Construction Co. (DE), LLC |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 10th day of August 2022.

                                              */s/ Christopher J. Williams*
                                              OF COUNSEL