IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| RAYMOND BOSARGE, ET AL., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-CV-00407 |
| UNITED STATES DEPARTMENT OF THE TREASURY, ET AL., | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Young Boozer, in his official capacity__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |
| | |
| | |
| | |

August 12, 2022
Date

/s/ Thomas Buck, Jr.
(Signature)

Thomas Buck, Jr.
(Counsel's Name)

AL Dept. of Corrections; AL Corrections Institute Finance Auth;
Counsel for (print names of all parties)
Kay Ivey; John Hamm; Bill Poole; Steve Clouse; Greg Albritton
Bobby Singleton; Cam Ward; and Young Boozer

Address, City, State Zip Code
1901 6th Ave, No., Ste 1700, Birmingham, AL  35203

Telephone Number  205-254-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Thomas Buck, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____EM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __12th___ day of ___August_____ 20_22_, to:

All Counsel of Record

August 12, 2022 /s/ Thomas Buck, Jr.
Date Signature