# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RAYMOND BOSARGE, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-CV-00407 |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **THE TREASURY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COME NOW the Plaintiffs in the above-styled case, by and through their undersigned attorney of record, and respectfully files the following in response to the Defendants' Motion to Dismiss (Doc. 18):

1. On August 10, 2022, the Plaintiffs and Non-Federal Defendants filed a joint motion setting the deadline for <u>all Defendants' responses to Plaintiffs' Complaint to be filed 60 days from the date Plaintiffs effect service on the Federal Defendants</u>, and on August 22, 2022, the Court granted the joint motion (Doc. 17).

2. However, Plaintiffs have been unable to adequately and properly serve each of the named Federal Defendants, and respectfully filed a Notice of Dismissal, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (See Doc. 19, attached).

3. Rule 4(i) of the Federal Rules of Civil Procedure permits additional time to properly serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity pursuant to Rule 4(i)(2).

4. Pursuant to Rule 4(m), if a defendant is not served within 90 days, the Court must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

5. As the Plaintiffs have been unable to properly serve the United States agencies, or officers in their official capacity, no Defendant, including each named Non-Federal Defendant, has been required to answer or otherwise respond to Plaintiffs' Complaint pursuant this Court's Order (Doc. 17).

6. As stated above, on January 9, 2023, the Plaintiffs respectfully filed a Notice of Dismissal, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Doc. 19, attached).

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request this Honorable Court to allow and Order the Plaintiffs' Notice of Dismissal, without prejudice, pursuant Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 22nd day of January 2023.

/s/ K. David Sawyer
K. David Sawyer (ASB-5793-R61K)
MCPHILLIPS SHINBAUM, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 239-7382
kdsawyer64@outlook.com
Counsel for Plaintiffs

OF COUNSEL

**MCPHILLIPS SHINBAUM, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321        FAX

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher James Williams
Maynard, Cooper & Gale, P.C
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618
205-254-1172
Fax: 205-254-1999
Email: cwilliams@maynardcooper.com

Thomas Winchester Hend Buck , Jr.
Maynard Cooper & Gale PC
1901 6th Avenue North; Suite 2400
Birmingham, AL 35203
United Sta
205-254-1987
Fax: 205-714-6700
Email: tbuck@maynardcooper.com

                                        /s/ K. David Sawyer
                                        K. David Sawyer (ASB-5793-R61K)
                                        Counsel for Plaintiffs