**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **RAYMOND BOSARGE, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-CV-00407 |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **THE TREASURY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)

COME NOW the Plaintiffs in the above styled case, by and through their undersigned attorney of record, and respectfully file their Notice to Dismissal, without prejudice, and without necessary Court Order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. As grounds therefore, the Plaintiffs state the following:

1. On August 10, 2022, the Plaintiffs and Non-Federal Defendants filed a joint motion setting the deadline for all Defendants' responses to Plaintiff's Complaint to filed 60 days from the date Plaintiffs effect service on the Federal Defendants, and on August 22, 2022, the Court granted the joint motion (Doc. 17).

2. The named federal defendants have not yet been properly served;

3. At this time, no opposing party has filed either an answer or a motion for summary judgment;

WHEREFORE, PREMISES CONSIDERED, pursuant Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs respectfully file their Notice of Dismissal, without prejudice.

Respectfully submitted this the 9th day of January 2023.

/s/ K. David Sawyer
K. David Sawyer (ASB-5793-R61K)
MCPHILLIPS SHINBAUM, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 239-7382
kdsawyer64@outlook.com
Counsel for Plaintiffs

OF COUNSEL

MCPHILLIPS SHINBAUM, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321        FAX

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher James Williams
Maynard, Cooper & Gale, P.C
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618
205-254-1172
Fax: 205-254-1999
Email: cwilliams@maynardcooper.com

Thomas Winchester Hend Buck , Jr.
Maynard Cooper & Gale PC
1901 6th Avenue North; Suite 2400
Birmingham, AL 35203
United Sta
205-254-1987
Fax: 205-714-6700
Email: tbuck@maynardcooper.com

/s/ K. David Sawyer
K. David Sawyer (ASB-5793-R61K)
Counsel for Plaintiffs