IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK CHAREST, <br> AIS 182262, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES <br> DEPARTMENT OF TREASURY, <br> *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:22-CV-407-WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of Plaintiffs' Notice of Dismissal Without Prejudice (Doc. # 19), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' action has been dismissed without prejudice by operation of Rule 41.

The Clerk of the Court is DIRECTED to close this case.

DONE this 14th day of February, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE